# EXHIBIT A

**Nunnallee, Adam**

| | |
|---|---|
| **From:** | Ty Clevenger <tyclevenger@yahoo.com> |
| **Sent:** | Monday, December 2, 2019 5:30 PM |
| **To:** | Kratovil, Christopher; Nunnallee, Adam |
| **Subject:** | Butowsky v. Wigdor |
| | |
| **Categories:** | Litigation |

**\*\*\* EXTERNAL\*\*\***

Mr. Kratovil and Mr. Nunnallee,

I am preparing waiver of service requests for Defendants Jeanne M. Christensen, Michael J. Willemin, David E. Gottlieb, and Lawrence M. Pearson, and I would like to know if I should send the waiver requests to you or to the individual defendants. Please let me know, and thanks in advance.

Ty Clevenger