**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| ED BUTOWSKY,<br><br>    Plaintiff,<br><br>  v.<br><br>DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN, MICHAEL J. WILLEMIN, DAVID E. GOTTLIEB, LAWRENCE M. PEARSON, ROD WHEELER, WIGDOR LLP,<br><br>    Defendants. | Case No.:   4:19-cv-00577 (ALM) |

## ORDER

Before the Court is the Supplemental Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(5) filed by Defendants Douglas H. Wigdor, Jeanne M. Christensen, Michael J. Willemin, David E. Gottlieb, Lawrence M. Pearson, and Wigdor LLP ("Wigdor Defendants"). The motion is GRANTED. All claims asserted by Plaintiff Ed Butowsky against the Wigdor Defendants are DISMISSED WITH PREJUDICE.