**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| ED BUTOWSKY,<br><br>    Plaintiff,<br><br>  v.<br><br>DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN, MICHAEL J. WILLEMIN, DAVID E. GOTTLIEB, LAWRENCE M. PEARSON, ROD WHEELER, WIGDOR LLP,<br><br>    Defendants. | Case No.:     4:19-cv-00577 (ALM) |

## **ORDER**

Before the Court is the Motion for Extension of Time filed by Defendants Douglas H. Wigdor, Jeanne M. Christensen, Michael J. Willemin, David E. Gottlieb, Lawrence M. Pearson, and Wigdor LLP ("Wigdor Defendants"). The motion is GRANTED. The Wigdor Defendants' Reply to Plaintiff's Response in Opposition to Supplemental Rule 12(b)(2) & (5) Motion to Dismiss (Docket No. 25) is due on or before January 6, 2020.