# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ED BUTOWSKY, | § |
| Plaintiff, | § § § |
| v. | §  Civil Action No.: 4:19-cv-577-ALM-KPJ |
| DOUGLAS H. WIGDOR, *et al.*, | § § § |
| Defendants. | § § § |

## ORDER

Pending before the Court is Defendants Douglas H. Wigdor, Jeanne M.; Christensen, Michael J. Willemin, David E. Gottlieb, Lawrence M. Pearson, and Wigdor LLP's (collectively, the "Wigdor Defendants") Unopposed Motion for Extension of Time (the "Motion") (Dkt. 26).

Upon consideration, Defendants' Motion (Dkt. 26) is **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants' deadline to file a reply to Plaintiff's Response in Opposition to Supplemental Rule 12(b)(2) & (5) Motion to Dismiss Complaint (Dkt. 25) is hereby extended to **January 6, 2020**.

**So ORDERED and SIGNED this 30th day of December, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE