**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **ED BUTOWSKY,** | § |
| Plaintiff, | § § § |
| v. | § § Civil Action No.: 4:19-cv-577-ALM-KPJ |
| **DOUGLAS H. WIGDOR,** *et al.*, | § § |
| Defendants. | § § § |

## ORDER

Pending before the Court is Defendants Douglas H. Wigdor, Jeanne M. Christensen, Michael J. Willemin, David E. Gottlieb, Lawrence M. Pearson, and Wigdor LLP's (collectively, the "Wigdor Defendants") Unopposed Motion to Extend Time to Complete Mandatory Disclosures (the "Motion") (Dkt. 29). In the Motion, the Wigdor Defendants request the parties' deadline to exchange mandatory disclosures be extended until two weeks after entry of an order on the Wigdor Defendants' Motions to Dismiss (Dkts. 8, 15).

Upon consideration, the Motion (Dkt. 29) is **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' deadline to exchange mandatory disclosures is hereby extended to **14 days after** entry of a final order on Defendants Douglas H. Wigdor and Wigdor LLP's Motion to Dismiss (Dkt. 8) and the Wigdor Defendants' Motion to Dismiss (Dkt. 15).

So ORDERED and SIGNED this 6th day of January, 2020.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE