IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ED BUTOWSKY, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No.: 4:19-cv-577-ALM-KPJ |
| DOUGLAS H. WIGDOR, *et al.*, § § | |
| Defendants. § § § | |

## ORDER

**IT IS HEREBY ORDERED** that the Rule 16 Management Conference in this matter, previously set on February 20, 2020, is hereby **RESET** to **March 31, 2020, at 1:30 p.m.**, in Courtroom 108, 7940 Preston Road, Plano, Texas 75024.

So ORDERED and SIGNED this 18th day of February, 2020.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE