IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**<br><br>　Plaintiff,<br><br>v.<br><br>**Douglas H. Wigdor, et al.,**<br><br>　Defendants | Case No. 4:19-cv-00577 |

### UNOPPOSED MOTION TO RESCHEDULE HEARING

NOW COMES Edward Butowsky, the Plaintiff, moving the Court to reschedule the March 31, 2020 scheduling conference:

As of the time that the Court reset the February 20, 2020 scheduling conference for March 31, 2020, the undersigned attorney was already scheduled to participate in oral argument on March 31, 2020 before the U.S. Court of Appeals for the Fifth Circuit. The Plaintiff therefore moves the Court to reset the March 31, 2020 scheduling conference for another date, preferably after March 31, 2020.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Ty Clevenger**
　　　　　　　　　　　　　　　　　　　Ty Clevenger
　　　　　　　　　　　　　　　　　　　Texas Bar No. 24034380
　　　　　　　　　　　　　　　　　　　P.O. Box 20753
　　　　　　　　　　　　　　　　　　　Brooklyn, New York 11202-0753
　　　　　　　　　　　　　　　　　　　(979) 985-5289
　　　　　　　　　　　　　　　　　　　(979) 530-9523 (fax)
　　　　　　　　　　　　　　　　　　　*tyclevenger@yahoo.com*

　　　　　　　　　　　　　　　　　　　**Attorney for Plaintiff Edward Butowsky**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the Defendants via email and they indicated that none of the Defendants oppose the foregoing motion.

**/s/ Ty Clevenger**
Ty Clevenger

## CERTIFICATE OF SERVICE

I certify that a copy of this document was filed electronically with the Court's ECF system on February 19, 2020, which should result in automatic notification to all counsel of record.

**/s/ Ty Clevenger**
Ty Clevenger