**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **Edward Butowsky,**     Plaintiff, **v.** **Douglas H. Wigdor, et al.,**     Defendants | Case No. 4:19-cv-00577 |

**ORDER**

The PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE HEARING is now before the Court. The Court concludes that the motion should be granted, and the scheduling conference is reset for _____ at _____.

It is SO ORDERED.