# PREFERRED PROCESS SERVERS INC.

166-06 24th Road, Whitestone, NY 11357

Phone 718-362-4890 -- FAX 718-352-0400

info@ppservers.com

**PAID**

Due By: 03/25/2020
Invoice Date: 2/24/2020
Invoice #: 1485904

Attn:

TY CLEVENGER
PO BOX 20753
BROOKLYN, NY 11202

**TOTAL INVOICE AMOUNT DUE**

**$0.00**

---

| Job #: 1485904   Your #: butowsky vs. wigdor | Recipient: | Date Received: |
|---|---|---|
| Plaintiff: EDWARD BUTOWSKY | DAVID E. GOTTLIEB | 2/18/2020 |
| Defendant: DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN, | Person Served: | Completed: |
| Index Number 4:19-CV-00577-ALM | Monica Doe | 2/21/2020 |
| Documents: SUMMONS IN A CIVIL ACTION - FIRST AMENDED | WIGDOR LLP:85 5TH AVE, 5TH FLR, NEW YORK, NY | |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Standard Service | 1 | $65.00 | $65.00 |
| COPIES | 170 | $0.10 | $17.00 |
|  |  | Job Total Due = | $0.00 |
| 2/14/2020    Payment Check # |  |  | $-82.00 |
|  |  | Job Total Recd = | -$82.00 |

---

| Job #: 1485905   Your #: butowsky vs. wigdor | Recipient: | Date Received: |
|---|---|---|
| Plaintiff: EDWARD BUTOWSKY | LAWRENCE M. PEARSON | 2/18/2020 |
| Defendant: DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN, | Person Served: | Completed: |
| Index Number 4:19-CV-00577-ALM | Monica Doe | 2/21/2020 |
| Documents: SUMMONS IN A CIVIL ACTION - FIRST AMENDED | WIGDOR LLP:85 5TH AVE, 5TH FLR, NEW YORK, NY | |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Second defendant at same address | 1 | $25.00 | $25.00 |
|  |  | Job Total Due = | $0.00 |
| 2/14/2020    Payment Check # |  |  | $-25.00 |
|  |  | Job Total Recd = | -$25.00 |

# PREFERRED PROCESS SERVERS INC.

166-06 24th Road, Whitestone, NY 11357        Phone 718-362-4890 -- FAX 718-352-0400
                                              info@ppservers.com

Invoice For: TY CLEVENGER

**Job #:** 1485906   **Your #:** butowsky vs. wigdor
**Plaintiff:** EDWARD BUTOWSKY
**Defendant:** DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN,
**Index Number** 4:19-CV-00577-ALM
**Documents:** SUMMONS IN A CIVIL ACTION - FIRST AMENDED

**Recipient:** WIGDOR LLP
**Person Served:** Monica Doe
WIGDOR LLP:85 5TH AVE, 5TH FLR, NEW YORK, NY

**Date Received:** 2/18/2020
**Completed:** 2/21/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Second defendant at same address | 1 | $25.00 | $25.00 |
| | | Job Total Due = | $0.00 |
| 2/14/2020  Payment Check # | | | $-25.00 |
| | | Job Total Recd = | -$25.00 |

---

**Job #:** 1485907   **Your #:** butowsky vs. wigdor
**Plaintiff:** EDWARD BUTOWSKY
**Defendant:** DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN,
**Index Number** 4:19-CV-00577-ALM
**Documents:** SUMMONS IN A CIVIL ACTION - FIRST AMENDED

**Recipient:** JEANNE M. CHRISTENSEN
**Person Served:** Monica Doe
WIGDOR LLP:85 5TH AVE, 5TH FLR, NEW YORK, NY

**Date Received:** 2/18/2020
**Completed:** 2/21/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Second defendant at same address | 1 | $25.00 | $25.00 |
| | | Job Total Due = | $0.00 |
| 2/14/2020  Payment Check # | | | $-25.00 |
| | | Job Total Recd = | -$25.00 |

---

**Job #:** 1485908   **Your #:** butowsky vs. wigdor
**Plaintiff:** EDWARD BUTOWSKY
**Defendant:** DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN,
**Index Number** 4:19-CV-00577-ALM
**Documents:** SUMMONS IN A CIVIL ACTION - FIRST AMENDED

**Recipient:** MICHAEL J. WILLEMIN
**Person Served:** Monica Doe
WIGDOR LLP:85 5TH AVE, 5TH FLR, NEW YORK, NY

**Date Received:** 2/18/2020
**Completed:** 2/21/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Second defendant at same address | 1 | $25.00 | $25.00 |
| | | Job Total Due = | $0.00 |
| 2/14/2020  Payment Check # | | | $-25.00 |
| | | Job Total Recd = | -$25.00 |

---

**Job #:** 1485909   **Your #:** butowsky vs. wigdor
**Plaintiff:** EDWARD BUTOWSKY
**Defendant:** DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN,
**Index Number** 4:19-CV-00577-ALM
**Documents:** SUMMONS IN A CIVIL ACTION - FIRST AMENDED

**Recipient:** DOUGLAS H. WIGDOR
**Person Served:** Monica Doe
WIGDOR LLP:85 5TH AVE, 5TH FLR, NEW YORK, NY

**Date Received:** 2/18/2020
**Completed:** 2/21/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Second defendant at same address | 1 | $25.00 | $25.00 |
| | | Job Total Due = | $0.00 |
| 2/14/2020  Payment Check # | | | $-25.00 |
| | | Job Total Recd = | -$25.00 |

# *Preferred Process Servers Inc.*

166-06 24th Road, Whitestone, NY 11357        Phone 718-362-4890 -- FAX 718-352-0400
       info@ppservers.com

Invoice For: TY CLEVENGER

| | |
|---|---:|
| **TOTAL INVOICE CHARGES:** | **$207.00** |
| **TOTAL INVOICE PAYMENTS:** | **-$207.00** |
| **TOTAL INVOICE AMOUNT DUE:** | **$0.00** |

STATE OF TEXAS, COUNTY OF EASTERN DISTRICT
Attorney: TY CLEVENGER
Address: PO BOX 20753 BROOKLYN, NY 11202

| EDWARD BUTOWSKY | | Index Number: 4:19-CV-00577-ALM |
|---|---|---|
| | Plaintiff | Client's File No.: butowsky vs. wigdor |
| vs | | Court Date: |
| DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN, MICHAEL J. WILLEMIN, DAVID E. GOTTLIEB, LAWRENCE M. PEARSON, ROD WHEELER AND WIGDOR LLP | | |
| | Defendant | Date Filed: 12/19/2019 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
ERIKA TEJEDA, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 2/21/2020, at 4:01 PM at: WIGDOR LLP:85 5TH AVE, 5TH FLR , NEW YORK , NY 10003 Deponent served the within SUMMONS IN A CIVIL ACTION - FIRST AMENDED COMPLAINT

On: DAVID E. GOTTLIEB , Defendant therein named.

☒ #1 SUITABLE AGE PERSON
By delivering thereat a true copy of each to Monica Doe (Co-Worker) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ #2 DESCRIPTION

| Sex: Female | Color of skin: Black | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 40 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☒ #3 MILITARY SERVICE
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ #4 WITNESS FEES
Subpoena Fee Tendered in the amount of

☐ #5 OTHER

☒ #6 MAILING
Deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on: 02/24/2020 in an official depository of the United States Postal Service in the State of New York.

Sworn to before me on 02/24/2020

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

ERIKA TEJEDA
DCA License # 1088563



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*

**UNITED STATES DISTRICT COURT**
**STATE OF TEXAS, COUNTY OF EASTERN DISTRICT**
Attorney: TY CLEVENGER
Address: PO BOX 20753 BROOKLYN, NY 11202

| EDWARD BUTOWSKY | Index Number: 4:19-CV-00577-ALM |
|---|---|
| Plaintiff | Client's File No.: butowsky vs. wigdor |
| vs | Court Date: |
| DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN, MICHAEL J. WILLEMIN, DAVID E. GOTTLIEB, LAWRENCE M. PEARSON, ROD WHEELER AND WIGDOR LLP | |
| Defendant | Date Filed: 12/19/2019 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
ERIKA TEJEDA, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 2/21/2020, at 4:01 PM at: **WIGDOR LLP:85 5TH AVE, 5TH FLR , NEW YORK , NY 10003** Deponent served the within **SUMMONS IN A CIVIL ACTION - FIRST AMENDED COMPLAINT**

On: **LAWRENCE M. PEARSON** , Defendant therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Monica Doe (Co-Worker) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: Black | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 40 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

☒ **#6 MAILING**
Deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on:  2/24/2020 in an official depository of the United States Postal Service in the State of New York.

Sworn to before me on 2/24/2020

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

ERIKA TEJEDA
DCA License # 1088563



*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*

STATE OF TEXAS, COUNTY OF EASTERN DISTRICT
Attorney: TY CLEVENGER
Address: PO BOX 20753 BROOKLYN, NY 11202

| | | |
|---|---|---|
| | EDWARD BUTOWSKY | **Index Number:** 4:19-CV-00577-ALM |
| | Plaintiff | **Client's File No.:** butowsky vs. wigdor |
| | vs | **Court Date:** |
| | DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN, MICHAEL J. WILLEMIN, DAVID E. GOTTLIEB, LAWRENCE M. PEARSON, ROD WHEELER AND WIGDOR LLP | |
| | Defendant | **Date Filed:** 12/19/2019 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
ERIKA TEJEDA, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **2/21/2020**, at **4:01 PM** at: **WIGDOR LLP:85 5TH AVE, 5TH FLR , NEW YORK , NY 10003** Deponent served the within **SUMMONS IN A CIVIL ACTION - FIRST AMENDED COMPLAINT**

On: **JEANNE M. CHRISTENSEN**, Defendant therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Monica Doe (Co-Worker) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: Black | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 40 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

☒ **#6 MAILING**
Deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on: **2/24/2020** in an official depository of the United States Postal Service in the State of New York.

Sworn to before me on 2/24/2020

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

ERIKA TEJEDA
DCA License # 1088563



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*

STATE OF TEXAS, COUNTY OF EASTERN DISTRICT
Attorney: TY CLEVENGER
Address: PO BOX 20753 BROOKLYN, NY 11202

| | |
|---|---|
| EDWARD BUTOWSKY <br> *Plaintiff* <br> vs <br> DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN, MICHAEL J. WILLEMIN, DAVID E. GOTTLIEB, LAWRENCE M. PEARSON, ROD WHEELER AND WIGDOR LLP <br> *Defendant* | Index Number: 4:19-CV-00577-ALM <br> Client's File No.: butowsky vs. wigdor <br> Court Date: <br> Date Filed: 12/19/2019 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
ERIKA TEJEDA, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 2/21/2020, at 4:01 PM at: **WIGDOR LLP:85 5TH AVE, 5TH FLR , NEW YORK , NY 10003** Deponent served the within **SUMMONS IN A CIVIL ACTION - FIRST AMENDED COMPLAINT**

On: **MICHAEL J. WILLEMIN** , Defendant therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Monica Doe (Co-Worker) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: Black | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 40 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

☒ **#6 MAILING**
Deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on: 2/24/2020 in an official depository of the United States Postal Service in the State of New York.

Sworn to before me on 2/24/2020

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

ERIKA TEJEDA
DCA License # 1088563



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*

Attorney: TY CLEVENGER
Address: PO BOX 20753 BROOKLYN, NY 11202

| EDWARD BUTOWSKY | | Index Number: 4:19-CV-00577-ALM |
|---|---|---|
| | Plaintiff | Client's File No.: butowsky vs. wigdor |
| vs | | Court Date: |
| DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN, MICHAEL J. WILLEMIN, DAVID E. GOTTLIEB, LAWRENCE M. PEARSON, ROD WHEELER AND WIGDOR LLP | | |
| | Defendant | Date Filed: 12/19/2019 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
ERIKA TEJEDA, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 2/21/2020, at 4:01 PM at: WIGDOR LLP:85 5TH AVE, 5TH FLR , NEW YORK , NY 10003 Deponent served the within SUMMONS IN A CIVIL ACTION - FIRST AMENDED COMPLAINT

On: DOUGLAS H. WIGDOR , Defendant therein named.

☒ #1 SUITABLE AGE PERSON
By delivering thereat a true copy of each to Monica Doe (Co-Worker) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ #2 DESCRIPTION

| Sex: Female | Color of skin: Black | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 40 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☒ #3 MILITARY SERVICE
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ #4 WITNESS FEES
Subpoena Fee Tendered in the amount of

☐ #5 OTHER

☒ #6 MAILING
Deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on: 2/24/2020 in an official depository of the United States Postal Service in the State of New York.

Sworn to before me on 2/24/2020

_____
DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

_____
ERIKA TEJEDA
DCA License # 1088563



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*

Attorney: TY CLEVENGER
Address: PO BOX 20753 BROOKLYN, NY 11202

| EDWARD BUTOWSKY | | Index Number: 4:19-CV-00577-ALM |
|---|---|---|
| | Plaintiff | Client's File No.: butowsky vs. wigdor |
| vs | | |
| DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN, MICHAEL J. WILLEMIN, DAVID E. GOTTLIEB, LAWRENCE M. PEARSON, ROD WHEELER AND WIGDOR LLP | | Court Date: |
| | Defendant | Date Filed: 12/19/2019 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
ERIKA TEJEDA, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **2/21/2020**, at **4:01 PM** at: **WIGDOR LLP:85 5TH AVE, 5TH FLR , NEW YORK , NY 10003** Deponent served the within **SUMMONS IN A CIVIL ACTION - FIRST AMENDED COMPLAINT**

On: **WIGDOR LLP** , Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **Monica Doe** personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be General Agent thereof.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: Black | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 40 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 02/24/2020

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

ERIKA TEJEDA
DCA License# 1088563

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*