STATE OF TEXAS, COUNTY OF EASTERN DISTRICT
Attorney: TY CLEVENGER
Address: PO BOX 20753 BROOKLYN, NY 11202

| EDWARD BUTOWSKY | | Index Number: 4:19-CV-00577-ALM |
|---|---|---|
| | Plaintiff | Client's File No.: butowsky vs. wigdor |
| vs | | |
| DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN, MICHAEL J. WILLEMIN, DAVID E. GOTTLIEB, LAWRENCE M. PEARSON, ROD WHEELER AND WIGDOR LLP | | Court Date: |
| | Defendant | Date Filed: 12/19/2019 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
ERIKA TEJEDA, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 2/21/2020, at 4:01 PM at: WIGDOR LLP:85 5TH AVE, 5TH FLR , NEW YORK , NY 10003 Deponent served the within **SUMMONS IN A CIVIL ACTION - FIRST AMENDED COMPLAINT**

On: **DAVID E. GOTTLIEB** , Defendant therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Monica Doe (Co-Worker) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: Black | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 40 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

☒ **#6 MAILING**
Deponent completed service by depositing a copy of the said documents in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on: 02/24/2020 in an official depository of the United States Postal Service in the State of New York.

Sworn to before me on 02/24/2020

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

ERIKA TEJEDA
DCA License # 1088563



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*