**STATE OF TEXAS, COUNTY OF EASTERN DISTRICT**
Attorney: TY CLEVENGER
Address: PO BOX 20753 BROOKLYN, NY 11202

| | |
|---|---|
| EDWARD BUTOWSKY<br><br>*Plaintiff*<br>vs<br>DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN, MICHAEL J. WILLEMIN, DAVID E. GOTTLIEB, LAWRENCE M. PEARSON, ROD WHEELER AND WIGDOR LLP<br><br>*Defendant* | Index Number: 4:19-CV-00577-ALM<br>Client's File No.: butowsky vs. wigdor<br>Court Date:<br>Date Filed: 12/19/2019 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
ERIKA TEJEDA, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **2/21/2020**, at **4:01 PM** at: **WIGDOR LLP:85 5TH AVE, 5TH FLR , NEW YORK , NY 10003** Deponent served the within **SUMMONS IN A CIVIL ACTION - FIRST AMENDED COMPLAINT**

On: **WIGDOR LLP** , Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to **Monica Doe** personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be General Agent thereof.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: Black | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 40 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 02/24/2020

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

ERIKA TEJEDA
DCA License# 1088563

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*