**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **ED BUTOWSKY,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **DOUGLAS H. WIGDOR,** *et al.*, § <br> § <br> Defendants. § <br> § | Civil Action No.: 4:19-cv-577-ALM-KPJ |

**ORDER**

Pending before the Court is Plaintiff Edward Butowsky's ("Plaintiff") Unopposed Motion to Reschedule Hearing (the "Motion") (Dkt. 35), wherein Plaintiff requests that the Court reschedule the Rule 16 Management Conference currently set on March 31, 2020. Upon consideration, the Court finds that the Motion (Dkt. 35) is **GRANTED**.

**IT IS HEREBY ORDERED** that the Rule 16 Management Conference in this matter, previously set on March 31, 2020, is hereby **CANCELLED**. The Court will reschedule the parties' Rule 16 Management Conference at a later date.

**So ORDERED and SIGNED this 4th day of March, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE