AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00577-ALM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lawrence M. Pearson
was received by me on *(date)* 2/14/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's ~~residence or usual place of abode~~ place of business with *(name)* Monica "Doe" co worker , a person of suitable age and discretion who ~~resides~~ works there,
on *(date)* 2/21/2020 , and mailed a copy to the individual's last known address; ~~or~~ on 2/24/2020 .

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/24/2020

*Server's signature*

Erika Tejeda
*Printed name and title*

166-06 24th Rd Whitestone NY 11357
*Server's address*

Additional information regarding attempted service, etc: