AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00577-ALM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Douglas H. Kligdor__

was received by me on *(date)* __2/14/2020__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☒ I left the summons at the individual's ~~residence or usual place of abode~~ *place of business* with *(name)* __Monica "Doe" co-worker__, a person of suitable age and discretion who ~~resides~~ *works* there, on *(date)* __2/21/2020__, and mailed a copy to the individual's last known address; or __2/24/2020__.

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __2/24/2020__

*Server's signature*

__Erika Tejeda__
*Printed name and title*

__166-06 24th Rd, Whitestone NY 11357__
*Server's address*

Additional information regarding attempted service, etc: