Case 4:19-cv-00577-ALM-KPJ   Document 49   Filed 04/09/20   Page 1 of 1 PageID #: 452

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00577-ALM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Michael J. Willemin**
was received by me on *(date)* **2/14/2020**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's ~~residence or usual place of abode~~ **place of business** with *(name)* **Monica "Doe", co-worker**, a person of suitable age and discretion who ~~resides~~ **works** there,
on *(date)* **2/21/2020**, and mailed a copy to the individual's last known address; ~~or~~ **2/24/2020**

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **2/24/2020**

*Server's signature*

**Erika Tejeda**
*Printed name and title*

**166-06 24th Rd Whitestone NY 11357**
*Server's address*

Additional information regarding attempted service, etc: