## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Eastern District of Texas

**Edward Butowsky**

    Plaintiff(s),

VS.

**Douglas H. Wigdor, et al**

    Defendant(s).

Attorney: Ty Clevenger

Ty Clevenger - Attorney at Law
212 South Oxford St., #7D
Brooklyn NY 11217

*253345*

**Case Number:** 4:19-cv-00577-ALM

Legal documents received by Same Day Process Service, Inc. on **03/13/2020** at **1:24 PM** to be served upon **Rod Wheeler at 14006 Silver Teal Way, Upper Marlboro, MD 20774**

I, **Rene Rivas**, swear and affirm that on **March 14, 2020** at **1:03 PM**, I did the following:

**Personally** Served **Rod Wheeler** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; First Amended Complaint** at **14006 Silver Teal Way, Upper Marlboro, MD 20774**.

**Description of Person Accepting Service:**
Sex: Male  Age: 55  Height: 5ft4in-5ft8in  Weight: 161-200 lbs  Skin Color: African-American  Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Rene Rivas**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:253345



District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of _____, 2020

_____
K. Mack, Notary Public, D.C.
My commission expires February 29, 2024