AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Texas

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| Edward Butowsky | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  4:19-cv-00577-ALM |
| | ) | |
| Douglas H. Wigdor, Jeanne M. Christensen, | ) | |
| Michael J. Willemin, David E. Gottlieb, Lawrence M. | ) | |
| Pearson, Rod Wheeler, and Wigdor, LLP | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Wigdor LLP
85 5th Ave, Floor 5
New York, NY 10003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ty Clevenger
P.O. Box 20753
Brooklyn, New York 11202-0753
979-985-5289
tyclevenger@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   **12/19/19**   _____           *David A. O'Toole* _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00577-ALM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wigdor LLP

was received by me on *(date)* 2|14|20 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Monica "Doe" , who is

designated by law to accept service of process on behalf of *(name of organization)* Wigdor LLP

_____ on *(date)* 2|21|2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2|24|2020

_____
Server's signature

Erika Tejeda
_____
Printed name and title

166·06 24th Rd Whitestone NY 11357
_____
Server's address

Additional information regarding attempted service, etc: