AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Edward Butowsky <br> *Plaintiff(s)* <br> v. <br> Douglas H. Wigdor, Jeanne M. Christensen, Michael J. Willemin, David E. Gottlieb, Lawrence M. Pearson, Rod Wheeler, and Wigdor, LLP <br> *Defendant(s)* | Civil Action No. 4:19-cv-00577-ALM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rod Wheeler
14006 Silver Teal Way
Upper Marlboro, Maryland 20774-7044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ty Clevenger
P.O. Box 20753
Brooklyn, New York 11202-0753
979-985-5289
tyclevenger@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 12/19/19

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-00577-ALM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rod Wheeler was received by me on *(date)* 03/13/2020.

☑ I personally served the summons on the individual at *(place)* 14006 Silver Teal Way, Upper Marlboro, MD 20774 on *(date)* 03/14/2020; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04/10/2020

*Server's signature*

Rene Rivas / Process Server
*Printed name and title*

1413 K St., NW, 7th Fl.
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

Case 4:19-cv-00577-ALM-KPJ   Document 57   Filed 04/13/20   Page 3 of 3 PageID #: 468

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Texas

**Edward Butowsky**

    Plaintiff(s),

vs.

**Douglas H. Wigdor, et al**

    Defendant(s).

Attorney: Ty Clevenger

Ty Clevenger - Attorney at Law
212 South Oxford St., #7D
Brooklyn NY 11217

*253345*

Case Number: 4:19-cv-00577-ALM

Legal documents received by Same Day Process Service, Inc. on **03/13/2020** at **1:24 PM** to be served upon **Rod Wheeler at 14006 Silver Teal Way, Upper Marlboro, MD 20774**

I, **Rene Rivas**, swear and affirm that on **March 14, 2020** at **1:03 PM**, I did the following:

**Personally** Served **Rod Wheeler** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; First Amended Complaint** at **14006 Silver Teal Way, Upper Marlboro, MD 20774**.

**Description of Person Accepting Service:**
Sex: Male Age: 55 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Rene Rivas**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:253345

District of Columbia: SS
Subscribed and Sworn to before me this 10 day of APRIL, 2020

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

