

**RIVIA Medical PLLC**
274 Madison Avenue
15th floor Suite 1501
New York, NY 10016
Tel: 212-203-1773
Fax: 646-665-4427
info@riviamed.com
www.riviamedical.com

August 10, 2020

The Hon. Catherine D. Purcell, Presiding Judge
State Bar Court of California
180 Howard Street, 6th Floor
San Francisco, California 94105

Judge Purcell:

I am Jianne Lo, a psychiatric nurse practitioner with Rivia Medical in New York, New York, and Ty Clevenger is one of my patients. I have been working with him since 5/2020, and he has been tapering down his antidepressant which he has been taking for 15 years because it was not effective and has overall worsened symptom presentation.

I had an appointment with Mr. Clevenger today because he reported he had severe withdrawal symptoms last week. He had reduced his dosage from 40 to 30 mg on July 16, 2020 and was not having any withdrawal symptoms as of our last appointment on July 30, 2020, but he reported physical (GI) and psychological withdrawal symptoms began the following day. The worst of those symptoms had receded by August 7, 2020.

Any future dosage reductions will be closely monitored in hope to minimize further withdrawal symptoms.


Sincerely,

Jianne Lo

Jianne Lo, NP

RIVIA Medical PLLC,
274 Madison Ave (between 39th st and 40th st), Suite 1501, 15th floor New York, NY 10016
https://riviamedical.com/appointment
Tel: 212-203-1773
Fax: 646-665-4427