IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**Edward Butowsky,**

    Plaintiff,

**v.**

**Douglas H. Wigdor, et al.,**

    Defendants

**Case No. 4:19-cv-00577**

## CERTIFICATE OF CONFERENCE

On September 2, 2020, I conferred via telephone with Christopher Kratovil, counsel for the Defendants, regarding the Plaintiff's Motion for Stay (Doc. No. 59). Mr. Kratovil indicated that his clients would not oppose the motion.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of this document was filed electronically with the Court's ECF system on September 2, 2020, which should result in automatic notification to all counsel of record.

<u>**/s/ Ty Clevenger**</u>
Ty Clevenger