## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| ED BUTOWSKY, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No.: 4:19-cv-577-ALM-KPJ |
| | § |
| DOUGLAS H. WIGDOR, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

Pending before the Court is Plaintiff Edward Butowsky's ("Plaintiff") Motion for Stay (the "Motion") (Dkt. 59), wherein Plaintiff requests that the proceedings and deadlines in this case by stayed for forty-five (45) days. On September 2, 2020, Plaintiff filed a Notice (Dkt. 60) indicating that Defendants are unopposed to the relief requested in the Motion. Upon consideration, the Court finds that the Motion (Dkt. 59) is **GRANTED**.

**IT IS THEREFORE ORDERED** that this matter is **STAYED** until **October 19, 2020.**

**IT IS FURTHER ORDERED** that Plaintiff shall file his Second Amended Complaint as required by the Court's August 12, 2020, Order (Dkt. 58), **by November 2, 2020.**

So ORDERED and SIGNED this 3rd day of September, 2020.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE