IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ED BUTOWSKY,<br><br>    Plaintiff,<br><br>  v.<br><br>DOUGLAS H. WIGDOR, JEANNE M. CHRISTENSEN, MICHAEL J. WILLEMIN, DAVID E. GOTTLIEB, LAWRENCE M. PEARSON, ROD WHEELER, WIGDOR LLP,<br><br>    Defendants. | Case No.:    4:19-cv-00577 (ALM) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Ed Butowsky ("Plaintiff" or "Butowsky") and Defendants Douglas H. Wigdor, Jeanne M. Christensen, Michael J. Willemin, David E. Gottlieb, Lawrence M. Pearson, and Wigdor LLP (together, the "Wigdor Defendants") (and collectively with Butowsky the "Parties") file this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties hereby stipulate the claims asserted by Butowsky against the Wigdor Defendants are DISMISSED WITH PREJUDICE with all associated costs and fees charged to the party incurring same.

Dated: October 19, 2020                    Respectfully submitted,

*/s/ Adam Nunnallee*
Christopher D. Kratovil
State Bar No. 24027427
ckratovil@dykema.com
Adam Nunnallee
State Bar No. 24057453
anunnallee@dykema.com
**DYKEMA GOSSETT, PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 462-6400
(214) 462-6401 (fax)

**ATTORNEYS FOR THE
WIGDOR DEFENDANTS**

*/s/  Ty Clevenger*
Ty Clevenger
State Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 1202-0753
(979) 985-5289
(979) 530-9523
tyclevenger@yahoo.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record on October 19, 2020, via electronic case filing notification.

                                                       */s/ Adam Nunnallee*
                                                       Adam Nunnallee